IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CAROL REEVES, Individually, as Surviving spouse, and as Personal Representative of the Estate of RICHARD WAYNE REEVES,<br><br>                    Plaintiff,<br>vs.<br><br>UNION CARBIDE CORPORATION,<br><br>                    Defendant. | CASE NO.: 1:19-cv-00256-CMH-JFA |

## ORDER

Before the Court is a Joint Motion to Cancel Pretrial Conference for June 26, 2019 and Notice of Pending Settlement and supporting memorandum. The Motion advises that Plaintiff has reached a settlement with Defendant Union Carbide Corporation and the parties are negotiating the specific settlement release terms. As such, the parties jointly request that the Pretrial Conference scheduled for June 26, 2019 be cancelled. For good cause shown, the parties' Joint Motion to Cancel Pretrial Conference for June 26, 2019 and Notice of Pending Settlement is **GRANTED**. Therefore, the June 26, 2019 Pretrial Conference **SHALL** be removed from the Court's calendar.

Should the settlement not be consummated within thirty days, the parties are **DIRECTED** to file, by July 18, 2019, a status update which advises the Court of the progress made in finalizing the settlement. The Court will then take such further action as appropriate.

1

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

June 18, 2019

/s/ JFA
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge